# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In The Matter Of:                  In Bankruptcy:

JEFFREY H. SOFFA                Case No. 09-72223-TJT
                                                  Chapter 7
                                                  Hon. THOMAS J. TUCKER

                       Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

      The attached check in the amount of $3.35 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| American Infosource LP<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | 1 | $3.35 |

                                                          **Total: $3.35**

                                                 Respectfully Submitted,

                                                 /s/ Gene R. Kohut
                                                 21 Kercheval Avenue, Suite 285
                                                Grosse Pointe Farms, MI 48236
                                                Phone: (313) 886-9765
                                                E-mail: ecftrustee@gktrustee.com
Dated: 09/12/2011                            [P47413]